UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| CURTIS BOYKINS, | : | Case No. 1:14-cv-836 |
| | : | |
| Plaintiff, | : | Judge Timothy S. Black |
| | : | Magistrate Judge Stephanie K. Bowman |
| vs. | : | |
| | : | |
| CITY OF CINCINNATI, | : | |
| | : | |
| Defendants. | : | |

**DECISION AND ENTRY ADOPTING THE REPORT AND
RECOMMENDATIONS OF THE MAGISTRATE JUDGE (Doc. 19)**

This case is before the Court pursuant to the Order of Referral to United States Magistrate Judge Stephanie K. Bowman.  (Doc. 16).  Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on May 8, 2015, submitted a Report and Recommendations.  (Doc. 19).  No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter.  Upon consideration of the foregoing, the Court does determine that such Report and Recommendations should be and is hereby adopted in its entirety.  Accordingly:

      1.    The Report and Recommendations (Doc. 19) is **ADOPTED**; and

      2.    Plaintiff's Motion to Default Judgment (Doc. 14) is **DENIED**.

    **IT IS SO ORDERED.**

Date:  6/23/3015                             */s/Timothy S. Black*
                                                                       Timothy S. Black
                                                                       United States District Judge